ANTHONY H. MASON
Chapter 7 Trustee
1850 N CENTRAL AVENUE SUITE 930
PHOENIX, ARIZONA 85004
(602) 808-7770

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| PORTER, SCOTT | ) | Case No. 2:05-bk-20718-RTB |
| PORTER, CHRISTI | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| | ) | PAYMENT OF UNCLAIMED FUNDS |
| Debtors. | ) | TO THE U.S. BANKRUPTCY COURT |
| | ) | |

ANTHONY H. MASON, Trustee, reports that the following checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 101 | July 14, 2009 | Scott & Christi Porter<br>10608 N 39th Avenue<br>Phoenix, AZ 85029 | $1,971.68 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $1,971.68 to the Clerk of the Court to be deposited in the Registry thereof.

DATED this 18th day of December 2009.

                                           /s/ Anthony H. Mason
                                           ANTHONY H. MASON, TRUSTEE